FILED
SEP 29 2025
CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

QUINTIN K. NARIO

Case No. 2:25mj211

Court Date: December 3, 2025

## CRIMINAL INFORMATION

### COUNT ONE

Misdemeanor – Violation No. E1032223

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 2025, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Kera Martin by striking her buttocks with an unidentified object.

(In violation of Title 18, United States Code, Section 113(a)(4)).

### COUNT TWO

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 2025, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Kera Martin by striking her buttocks with a pan.

(In violation of Title 18, United States Code, Section 113(a)(4)).

## COUNT THREE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That between on or about September 2023 and on or about May 2024, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Jessalyn Reid by kissing her on the cheek.

(In violation of Title 18, United States Code, Section 113(a)(4)).

## COUNT FOUR

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 13, 2024, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Jessalyn Reid by kissing her on the cheek.

(In violation of Title 18, United States Code, Section 113(a)(4)).

## COUNT FIVE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That from on or about September 2023 to on or about January 2025, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Jessalyn Reid by touching

her buttocks with his hand or striking her buttocks with a spoon, spatula, or pan approximately six (6) times.

(In violation of Title 18, United States Code, Section 113(a)(4)).

### COUNT SIX

#### Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That from on or about August 2023 to on or about December 2024, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Skylar Willavize by touching his body against her body when walking by her approximately twenty (20) times.

(In violation of Title 18, United States Code, Section 113(a)(4)).

### COUNT SEVEN

#### Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That from on or about August 2023 to on or about December 2024, at Naval Support Activity Northwest Annex in Chesapeake, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, QUINTIN K. NARIO, did unlawfully assault Skylar Willavize by striking her on the buttocks with a spatula or whisk approximately seven (7) times.

(In violation of Title 18, United States Code, Section 113(a)(4)).

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: *Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Phone: (757) 441-6712
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Phone: (757) 441-6712
Ashley.Young@usdoj.gov

26 September 2025
Date